IT IS SO ORDERED.
s/ Jack Zouhary
United States District Judge
9/4/08

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Tao Song,<br><br>  Plaintiff,<br><br>v.<br><br>United Collection Bureau, Inc.,<br><br>  Defendant. | Case No. 3:08-cv-01623-JZ<br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: ___/s/ Jeffrey S. Hyslip___
  Jeffrey S. Hyslip
  The Sears Tower
  Suite 5150
  Chicago, IL 60606
  Tel: 1.866.339.1156
  Jsh@legalhelpers.com
  *Attorney for Plaintiff*